John Filko, trading as F and B Manufacturing Company, appellee, v. De Graff, Ltd., appellant. Gen. No. 39,648.

Opinion filed December 31, 1937.

Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel. Louis J. Jacobson, for appellee; Frank Friedman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Louis M. Proesel, appellee, v. Commercial Casualty Insurance Company, appellant. Gen. No. 39,666.

Opinion filed December 31, 1937.

Cochrane & George, for appellant. Hayes & Remus, for appellee; William J. Remus, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Norris Ward Coal Company, appellee, v. Louis M. Proesel, appellant. Gen. No. 39,668.

Opinion filed December 31, 1937.

Hayes & Remus, for appellant; William J. Remus, of counsel. Cochrane & George, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Ralph Isham et al., appellees, v. Charles Keer, appellant. Gen. No. 39,743.

Opinion filed December 31, 1937.

Folsom, Grossberg, Butler & Brill, for appellant. Adams, Adams & White, for appellees; J. Thompson White, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.